**Order entered July 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00634-CV

## IN THE INTEREST OF V.W., JR., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90770**

### ORDER

Before the Court is the July 8, 2022 request of Court Reporter Judith Snyder for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **July 18, 2022**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Snyder and Donita Robins, Official Court Reporter for the 196th Judicial District Court.

/s/    AMANDA L. REICHEK
        JUSTICE